# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESSIE JAMES COOPER,<br><br>    Defendant. | Case No. 2:02-cr-00220-LDG-PAL<br><br>**ORDER** |

The Defendant has filed a Motion for Discretionary Relief pursuant to 18 U.S.C. §3582(c)(2) (#56), and a motion for appointment of counsel (#57).  Accordingly,

THE COURT **ORDERS** that the Federal Public Defender is appointed as counsel to represent the Defendant *nunc pro tunc* to the date of the filing of the Motion.

THE COURT FURTHER **ORDERS** that the United States Probation Office shall prepare a Supplemental Presentence Report containing: (1) Probation's determination as to whether the Defendant is eligible for a sentence reduction under the retroactive amendment; (2) an amended Guidelines sentencing range calculation; (3) the original presentence investigation report; (4) a recommendation concerning whether the Defendant should receive a sentence reduction under the retroactive amendment; (5) a copy of the judgment and sentence; and (6) a copy of the Defendant's Inmate Progress Report.  The

Supplemental Presentence Report shall be served upon the Federal Public Defender, the United States Attorney and the court within fourteen (14) calendar days of the filing of the defendant's §3582(c)(2) motion.

THE COURT FURTHER **ORDERS** that the United States Attorney shall serve any response within fourteen (14) calendar days of the filing of the defendant's §3582(c)(2) motion.

THE COURT FURTHER **ORDERS** that the Federal Public Defender shall serve any reply to the Government's response within five (5) calendar days.

THE COURT FURTHER **ORDERS** that upon the filing of the reply or five (5) days after the filing of the Government's response, this matter shall be submitted to the court for scheduling of a hearing.

THE COURT FURTHER **ORDERS** that the parties shall serve the United States Probation Office with any pleadings or documents filed pursuant to this Order.

DATED this __16__ day of February, 2012.

_____
Lloyd D. George
United States District Judge