UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:02-cr-220-LDG-PAL |
| JESSIE JAMES COOPER, | ) | |
| Defendant. | ) | **ORDER** |

The Court granted Jonathan Sussman's, Assistant Federal Public Defender, "Motion to Withdraw and Appointment of New Counsel" (#60) on April 10, 2012 (#61).  Therefore;

IT IS HEREBY ORDERED that Jay L. Siegel, Esq. is appointed as counsel for Jessie James Cooper in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Siegel forthwith.

DATED this  17  day of April, 2012.

Nunc Pro Tunc Date: April 16, 2012.

_____
LLOYD D. GEORGE
United States District Judge