1   DANIEL G. BOGDEN
    United States Attorney
2   KATHLEEN BLISS
    NICHOLAS D. DICKINSON
3   Assistant United States Attorneys
    KEVIN ROSENBERG
4   Trial Attorney
    333 Las Vegas Blvd. South, Suite 5000
5   Las Vegas, Nevada   89101
    (702) 388-6336 (Telephone)
6   (702) 388-6418 (Fax)

7   Attorneys for Plaintiff.

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10                                 **-oOo-**

11  UNITED STATES OF AMERICA,              )
                                           )
12                    Plaintiff,           )          2:02-CR-00220-LDG(PAL)
                                           )          2:02-CR-00221-LDG(PAL)
13      vs.                                )
                                           )
14  JESSIE JAMES COOPER,                   )          REQUEST TO RELEASE
                                           )          PRESENTENCING INVESTIGATION
15  _____Defendant._____    )          REPORT TO COURT FOR IN CAMERA
                                                      REVIEW
16

17

18

19  The United States of America respectfully requests the Court enter an order allowing the government to

20  submit the Presentencing Investigation Report to the Honorable Chief United States District Judge

21  Robert C. Jones for in camera review and possible disclosure under *Brady v. Maryland*, 373 U.S. 83

22  (1963), and Fed. R. Crim. P. 16, in United States v. Tillman, et al., 2:08-cr-00283-RCJ(RJJ).

23                                     Respectfully submitted,

24                                     DANIEL G. BOGDEN
                                       United States Attorney
25

26                                     /s/  Katheen Bliss
                                       _____
                                       KATHLEEN BLISS
                                       Assistant United States Attorney

                                           1

NICHOLAS D. DICKINSON
Assistant United States Attorney

KEVIN ROSENBERG
Trial Attorney

IT IS SO ORDERED:

DATED this ___ day of August, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge