J. CHIP SIEGEL
Nevada Bar No. 4748
J. CHIP SIEGEL CHTD.
601 S. 7t Street
Las Vegas NV 89101
(702) 387-2447
ATTORNEY FOR JESSIE JAMES COOPER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-S-02-220-LDG(PAL) |
| Plaintiff, | CR-S-02-221-LDG(PAL) |
| vs. | |
| JESSIE JAMES COOPER, | |
| Defendant | |

## MOTION TO WITHDRAW MOTION FOR RESENTENCING WITHOUT PREJUDICE TO REFILE

COMES NOW, the Defendant, JESSIE JAMES COOPER, by and through attorney, Jay L. Siegel, and requests that this Honorable Court hear this MOTION TO WITHDRAW MOTION FOR RESENTENCING WITHOUT PREJUDICE TO REFILE. Counsel asks the Court to consider the attached points and authorities.

Dated this 24th day of August, 2012

J. CHIP SIEGEL, CHTD

By_____

JAY L. SIEGEL, ESQ
Nevada Bar No. 4748
601 S. 7th Street
Las Vegas NV 89101
Attorney for Defendant Cooper

**MEMORANDUM OF POINTS AND AUTHORITIES**

Counsel asks that this court allow the withdrawal of an earlier filed motion. Counsel and the Government are trying to resolve this matter. As a result, Counsel asks to withdraw the motion without prejudice. If necessary Counsel will refile a motion on this matter.

Dated this 24th day of August, 2012

J. Chip Siegel, Chtd.

_____
Jay L. Siegel, Esq.
601 S. 7th Street
Las Vegas NV 89101
702-387-2447
Attorney for Defendant Cooper

ORDER

IT IS SO ORDERED.

DATED this 30 day of August, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge